PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com; rforni@rmkb.com

Attorneys for Defendants,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
and CHARTER COMMUNICATIONS, INC. LONG-TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROBINSON, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, CHARTER COMMUNICATIONS, INC. LONG-TERM DISABILITY PLAN, and DOES 1 through 10, <br><br> Defendants. | CASE NO. CV12-02834 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** <br><br> **Honorable Phyllis J. Hamilton** |

**IT IS HEREBY STIPULATED** by and between plaintiff, JAMES ROBINSON, and defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and CHARTER COMMUNICATIONS, INC., LONG-TERM DISABILITY PLAN, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in

\ \ \

\ \ \

\ \ \

\ \ \

the Stipulation's content and have authorized its filing

**IT IS SO STIPULATED.**

Dated: August 23, 2012                                DL LAW GROUP


By: /s/ *David M. Lilienstein*
DAVID M. LILIENSTEIN
Attorneys for Plaintiff,
JAMES ROBINSON

Dated: August 23, 2012                                ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ *Robert M. Forni, Jr.*
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendants,
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON and CHARTER
COMMUNICATIONS, INC. LONG-TERM
DISABILITY PLAN

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the above-captioned action shall be, and herein is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

Dated: August 27, 2012                                By: _____
Hon. Phyllis J. Hamilton
United States District Court Judge

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton