1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:     (650) 364-8200
4  Facsimile:     (650) 780-1701
   Email: pcogan@rmkb.com; rforni@rmkb.com
5
   Attorneys for Defendants,
6  LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
   and CHARTER COMMUNICATIONS, INC. LONG-TERM
7  DISABILITY PLAN

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES ROBINSON,                      CASE NO. CV12-02834 PJH

12          Plaintiff,                   **STIPULATION AND [~~PROPOSED~~]
                                         ORDER RE DISMISSAL OF ACTION
13  v.                                   WITH PREJUDICE**

14  LIBERTY LIFE ASSURANCE               **Honorable Phyllis J. Hamilton**
    COMPANY OF BOSTON, CHARTER
15  COMMUNICATIONS, INC. LONG-
    TERM DISABILITY PLAN, and DOES 1
16  through 10,

17          Defendants.

18

19      **IT IS HEREBY STIPULATED** by and between plaintiff, JAMES ROBINSON, and

20  defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON  and CHARTER

21  COMMUNICATIONS, INC., LONG-TERM DISABILITY PLAN, by and through their

22  respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed

23  with prejudice as to all parties and claims.  Each party shall bear its own fees and costs.

24      All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

RC1/6579549.2/RR2

STIPULATION AND ORDER RE DISMISSAL OF
ACTION WITH PREJUDICE
CASE NO. CV12-02834 (PJH)

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1   the Stipulation's content and have authorized its filing

2       **IT IS SO STIPULATED.**

3   Dated:  August 23, 2012                    DL LAW GROUP

4

5                                              By: /s/ *David M. Lilienstein*
                                               DAVID M. LILIENSTEIN
6                                              Attorneys for Plaintiff,
                                               JAMES ROBINSON
7

8   Dated:  August 23, 2012                    ROPERS, MAJESKI, KOHN & BENTLEY

9

10                                             By: /s/ *Robert M. Forni, Jr.*
                                               PAMELA E. COGAN
11                                             ROBERT M. FORNI, JR.
                                               Attorneys for Defendants,
12                                             LIBERTY LIFE ASSURANCE
                                               COMPANY OF BOSTON and CHARTER
13                                             COMMUNICATIONS, INC. LONG-TERM
                                               DISABILITY PLAN

14

15                              **ORDER**

16      **IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the above-

17  captioned action shall be, and herein is dismissed in its entirety with prejudice as to all parties and

18  claims.  Each party shall bear its own fees and costs.

19

20  Dated: August 27 , 2012                    By: _____
                                               Hon. Phyllis J. Hamilton
21                                             United States District Court Judge

22                                             IT IS SO ORDERED

23                                             Judge Phyllis J. Hamilton

24

25

26

27

28

STIPULATION AND ORDER RE DISMISSAL OF
ACTION WITH PREJUDICE
CASE NO. CV12-02834 (PJH)

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*